Alison Berry Wilkinson (SBN 135890)
Don Ramsey (SBN 87610)
Matthew George (SBN 2393224)
**RAINS, LUCIA & WILKINSON LLP**
2300 Contra Costa Blvd., Suite 230
Pleasant Hill, CA 94523
Tel: (925) 609-1699
Fax: (925) 609-1690

William B. Aitchison (SBN 90642)
**AITCHISON & VICK, INC.**
3021 NE Broadway
Portland, OR 97232
Tel: (503) 282-6160
Fax: (503) 282-5877
Email: will@aitchisonvick.com

Attorneys for Plaintiff
JAMES CAMARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES CAMARA** | Case Number: C 06-7115 JSW |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DISCOVERY AND MEDIATION DEADLINES AND FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |
| v. | |
| **CITY OF SANTA ROSA** | |
| Respondent. | |
| | Complaint Filed: November 16, 2006 |
| | Trial Date: Not set. |

THE PARTIES HEREBY STIPULATE:

On April 13, 2007, this Court issued a Civil Minute Order prescribing a deadline for completion of mediation. The deadline was in accordance with the time-table set out for

1
STIPULATION AND ORDER TO EXTEND DISCOVERY AND MEDIATION DEADLINES AND FOR
CONTINUANCE OF CASE MANAGEMENT CONFERENCE

1 | discovery and completion of mediation in the parties' Joint Case Management Statement filed
2 | on April 6, 2007. The parties have previously stipulated to enter into private mediation, which
3 | according to the Civil Minute Order of April 13, 2007, was to be completed by September 7,
4 | 2007.

5 | As stated in the Joint Case Management Statement and Order, the parties must engage
6 | in extensive discovery in order to conduct a meaningful mediation. The parties have both been
7 | diligent and made good faith efforts to supply the necessary discovery, which includes, but is
8 | not limited to, the production of electronic payroll data from the Defendant, as well as
9 | calculations and computations of proposed damages from the Plaintiffs. However, the parties
10 | are still in the process of compiling, exchanging, and processing the necessary discovery and
11 | therefore would be unable to complete a meaningful mediation by September 7, 2007.

12 | The parties hereby request a formal order extending the deadline for completion of
13 | mediation to December 7, 2007. By September 14, 2007, the Plaintiffs will supply to the
14 | Defendant calculations of proposed damages as well as an explanation of how those damages
15 | were computed. On September 14, 2007, the parties will also disclose the person most
16 | knowledgeable about the parties' claims and defenses.

17 | The parties also request a continuance of the case management conference currently
18 | scheduled for October 12, 2007, to January 11, 2008, after the completion of private mediation.

Dated: 6/12/07

Matthew George
Attorney for James Camara and all Consentors

Dated: 6/12/07

Cepideh Roufougar
Attorney for City of Santa Rosa

IT IS SO ORDERED:

Dated: June 12, 2007

Hon. Jeffrey S. White
Judge of the Superior Court

2

**STIPULATION AND ORDER TO EXTEND DISCOVERY AND MEDIATION DEADLINES AND FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**