Alison Berry Wilkinson (SBN 135890)
Don Ramsey (SBN 87610)
Matthew George (SBN 239322)
**RAINS, LUCIA & WILKINSON LLP**
2300 Contra Costa Blvd., Suite 230
Pleasant Hill, CA 94523
Tel: (925) 609-1699
Fax: (925) 609-1690

William B. Aitchison (SBN 90642)
**AITCHISON & VICK, INC.**
3021 NE Broadway
Portland, OR 97232
Tel: (503) 282-6160
Fax: (503) 282-5877
Email: will@aitchisonvick.com

Attorneys for Plaintiff
JAMES CAMARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES CAMARA** | Case Number: C 06-7115 JSW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO ASSIGN CASE TO NORTHERN DISTRICT COURT ASSISTED MEDIATION** |
| v. | |
| **CITY OF SANTA ROSA** | |
| Respondent. | Complaint Filed: November 16, 2006<br>Trial Date: Not set. |

///

///

///

///

STIPULATION AND ORDER TO ASSIGN CASE TO NORTHERN DISTRICT COURT ASSISTED MEDIATION

THE PARTIES HEREBY STIPULATE:

The parties have mutually selected Kurt Kirschner to serve as a mediator in the matter of *Camara v. City of Santa Rosa*, Case No. C 06-7115 JSW. The parties have contacted Mr. Kirschner and been advised that he is only available to preside as mediator for cases ordered to mediation through the Northern District Court's Alternative Dispute Resolution Program. As Mr. Kirschner has experience with FLSA cases, and the parties believe he would be an effective mediator in this case, the parties hereby stipulate that this matter be ordered to mediation through the Northern District's ADR Program so that the parties may have this case mediated by Mr. Kirschner. The parties stipulate that all other orders regarding pre-mediation disclosures and deadlines for completion shall remain in effect.

Dated: 8/22/07

Matthew George
Attorney for James Camara and all Consentors

Dated: 8/22/07

Cepideh Roufougar
Attorney for City of Santa Rosa

IT IS SO ORDERED:

Dated: August 23, 2007

Hon. Jeffrey S. White
Judge of the Superior Court

---

1
STIPULATION AND ORDER TO ASSIGN CASE TO NORTHERN DISTRICT COURT ASSISTED MEDIATION