1   Cynthia O'Neill, Bar No. 132334
    coneill@lcwlegal.com
2   Cepideh Roufougar, Bar No. 225206
    croufougar@lcwlegal.com
3   LIEBERT CASSIDY WHITMORE
    A Professional Law Corporation
4   153 Townsend Street, Suite 520
    San Francisco, CA  94107
5
    Telephone:    (415) 512-3000
6   Facsimile:    (415) 856-0306
7   Attorneys for Defendant
    CITY OF SANTA ROSA
8
9                  UNITED STATES DISTRICT COURT
10                NORTHERN DISTRICT OF CALIFORNIA
11
12  JAMES CAMARA,                    Case No.  C 06 7115 JSW

13              Plaintiff,           **STIPULATION REGARDING
                                     CONTIUATION OF FURTHER CASE
14       v.                          MANAGEMENT CONFERENCE**

15  CITY OF SANTA ROSA,

16              Defendant.

17
18        The Parties to the above-entitled action jointly submit this Stipulation and Order

19  for Continuance of Further Case Management Conference and request the Court to

20  continue the further case management conference currently scheduled to take place on

21  January 11, 2008 at 1:30 p.m. to April 18, 2008 at 1:30 p.m.

22        IT IS HEREBY STIPULATED by and between Plaintiffs and Defendant that:

23        1.    On November 9, 2007, the parties to this action attended a mediation session

24  with the court-appointment mediator, Mr. Curt Kirschner.

25        2.    During this mediation session, the parties agreed that a further exchange of

26  information would be necessary to have a productive mediation session.

27  / / /

28  / / /

                                          STIPULATION REGARDING
                              CONTINUATION OF CMC C 06 7115 JSW

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA  94107

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA 94107

1    3.    Plaintiffs agreed that they would provide Defendant with detailed

2 information regarding their damages estimate, including detail regarding the formula used,

3 the manner in which the data was compiled, and the calculations performed. Plaintiffs

4 have agreed to provide this information to Defendant by January 11, 2008.

5    4.    Upon receipt of this information from Plaintiffs, Defendant can begin its

6 analysis of Plaintiffs' damages claim.  In order to assist Defendant in performing this

7 analysis, Plaintiffs has agreed to make available those individuals who determined the

8 amount of damages claims by Plaintiffs.  Defendant has agreed to provide Plaintiff with

9 its response to Plaintiffs' damages claims within 60 days of receipt of the underlying data,

10 or by March 11, 2008.  Plaintiffs have agreed that to will provide Defendant with

11 additional time for conducting its analysis, if so requested by Defendant.

12    5.    The parties have agreed to participate in a conference with Mr. Kirschner

13 within fifteen days of Defendant's response, or by March 26, 2007.  The purpose of this

14 conference is to better determine if the parties will be able to resolve this matter through

15 mediation.

16    6.    Except for the exchange of information described in this Stipulation and

17 agreed upon at the mediation session on November 9, 2007, the parties have agreed to a

18 stay of all discovery in this matter.

19    7.    The parties agree that a continuance of the further case management

20 conference would allow the parties to engage in the exchange of information described

21 above and will allow the parties time to determine if further mediation in this matter may

22 lead to a resolution.

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

- 2 -

STIPULATION REGARDING
CONTINUATION OF CMC C 06 7115 JSW

1   8.    The parties jointly request that the further case management conference

2   currently scheduled to take place on January 11, 2008 at 1:30 p.m. be continued to April

3   18, 2008 at 1:30 p.m.

4       IT IS SO STIPULATED.

5

6   Dated: _12/21/07_                          _____

7                                              Matthew George
                                               Rains Lucia & Wilkinson
8                                              Attorney for James Camara and all Consentors

9   Dated: _12/24/07_                          _____

10                                             Cepideh Roufougar
                                               Liebert Cassidy Whitmore
11                                             Attorney for City of Santa Rosa

12      IT IS SO ORDERED

13  Dated: _December 26, 2007_                 _____

14                                             The Honorable Jeffrey White
                                               United States District Court Judge
15

16  51286.1 SA367-006

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA 94107