1  Harry Stern (SBN 176854)
2  Matthew George (SBN 239322)
   **RAINS, LUCIA & WILKINSON LLP**
3  2300 Contra Costa Blvd., Suite 230
   Pleasant Hill, CA 94523
4  Tel: (925) 609-1699
5  Fax: (925) 609-1690

6  Attorneys for Plaintiffs
7  JAMES CAMARA and all Consentors

8  Cynthia O'Neill, Bar No. 132334
   coneill@lcwlegal.com
9  Cepideh Roufougar, Bar No. 225206
   croufougar@lcwlegal.com
10 LIEBERT CASSIDY WHITMORE
   A Professional Law Corporation
11 153 Townsend Street, Suite 520
   San Francisco, CA  94107
12

13 Attorneys for Defendant
   CITY OF SANTA ROSA
14

15                IN THE UNITED STATES DISTRICT COURT

16              FOR THE NORTHERN DISTRICT OF CALIFORNIA

17 **JAMES CAMARA, et al.**        )   Case Number: C06-7115 JSW
                                    )
18            Plaintiff,            )   **STIPULATION AND REQUEST TO**
                                    )   **CONTINUE FURTHER CASE**
19                                  )   **MANAGEMENT CONFERENCE DUE**
   v.                               )   **TO PENDING SETTLEMENT**
20                                  )
                                    )   **AND ORDER THEREON**
21 **CITY OF SANTA ROSA,**          )
                                    )
22            Defendant.            )
                                    )
23                                  )
                                    )
24 _____   )

25

26

27

28

                                    1

1  The parties to the above-entitled action jointly submit this Stipulation and Request to Continue Further Case Management Conference due to Pending Settlement and hereby STIPULATE:

1. The parties participated in a second mediation session with Mediator Curt Kirschner on March 31, 2008. At this mediation session, the parties to this lawsuit reached and signed a proposed settlement agreement. ~~A copy of this proposed settlement agreement is attached hereto as Exhibit A~~.

2. The parties are in the process of obtaining approval on the terms of the proposed settlement from the City Council and from each consenting plaintiff. In addition, pending this Court's approval, counsel for Defendant City of Santa Rosa will draft the final settlement agreement, which will be read and signed by each current plaintiff to this lawsuit (those who have not withdrawn since the date of filing).

3. Due to the pending settlement, and to avoid incurring further fees and costs in this matter, the parties jointly request that the Further Case Management Conference currently scheduled to take place on April 18, 2008 at 1:30 p.m. be continued to July 18, 2008 at 1:30 p.m. This continuance will allow parties sufficient time to finalize the proposed settlement of this matter.

IT IS SO STIPULATED.

Dated: 4/3/08

Matthew George
Rains Lucia & Wilkinson
Attorney for Glenn Miller et al.

Dated: 4/3/08

Cepideh Roufougar
Liebert Cassidy Whitmore
Attorney for City of Fremont

IT IS SO ORDERED

Dated: April 3, 2008

The Honorable Jeffery White
United States District Court Judge

57542.1 SA367-006