Cynthia O'Neill, Bar No. 132334
coneill@lcwlegal.com
Cepideh Roufougar, Bar No. 225206
croufougar@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA  94107

Telephone:   (415) 512-3000
Facsimile:    (415) 856-0306

Attorneys for Defendant
CITY OF SANTA ROSA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CAMARA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SANTA ROSA,<br><br>Defendant. | Case No. C06-7115 JSW<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE DUE TO PENDING SETTLEMENT** |

The Parties to the above-entitled action jointly submit this Stipulation and Order for Continuance of Further Case Management Conference Due to Pending Settlement and request the Court to continue the further case management conference currently scheduled to take place on July 18, 2008 at 1:30 p.m. to August 29, 2008 at 1:30 p.m.

IT IS HEREBY STIPULATED by and between Plaintiffs and Defendant that:

1.  On or about March 31, 2008, the parties arrived at a comprehensive settlement of this matter.  The terms of the proposed settlement were previously submitted to the Court on or about April 3, 2008.

2.  The parties have been in the process of obtaining approval on the terms of the proposed settlement from the City Council and from each consenting plaintiff.  The parties anticipate obtaining any outstanding signatures and being able to submit a final settlement

Stipulation and Order for Continuance of Case Management Conference Due to Pending Settlement

1  agreement to this Court for its approval in the next few weeks.

2      3.     Due to the pending settlement, and to avoid incurring further fees and costs
3  in this matter, the parties jointly request that the further case management conference
4  currently scheduled to take place on July 18, 2008 at 1:30 p.m. be continued to August 29,
5  2008 at 1:30 p.m., by which time the parties expect to have a fully executed settlement
6  agreement to present to the Court for approval.

7      IT IS SO STIPULATED.

8  
9  Dated: 7/7/2008

    _____
    Peter Hoffman
    Rains Lucia Stern
    Attorneys for James Camara, et al.

12 Dated: 7/7/2008

    _____
    Sepideh Roufougar
    Liebert Cassidy Whitmore
    Attorneys for City of Santa Rosa

15     IT IS SO ORDERED

17 Dated: July 8, 2008

    _____
    The Honorable Jeffery White
    United States District Court Judge

65153.1 SA367-006