Cynthia O'Neill, Bar No. 132334
coneill@lcwlegal.com
Cepideh Roufougar, Bar No. 225206
croufougar@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA 94107

Telephone: (415) 512-3000
Facsimile: (415) 856-0306

Attorneys for Defendant
CITY OF SANTA ROSA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CAMARA, et al<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CITY OF SANTA ROSA,<br><br>　　　　Defendant. | Case No. C 06-7115 JSW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND FOR ENTRY OF JUDGMENT; ORDER APPROVING STIPULATION AND DISMISSAL WITH PREJUDICE** |

Whereas, James Camara and other City of Santa Rosa sworn police personnel (collectively referred to as "Plaintiffs") filed a complaint in the U.S. District Court for the Northern District of California on or about November 16, 2006, entitled, *James Camara v. City of Santa Rosa*, Case No. C 06-7115 JSW ("Lawsuit") against the City of Santa Rosa for violation of the Fair Labor Standards Act ("FLSA"), alleging that the City had failed to pay the appropriate amount of FLSA overtime compensation;

Whereas, each Plaintiff who confirmed his or her choice to join this lawsuit has already signed a "Consent to Join Action (Fair Labor Standards Act, 29 USC § 216(b))" and has not withdrawn his or her consent to this date;

Whereas, all parties desire to fully resolve this matter and to avoid incurring further costs and expenses incident to the litigation in this matter;

Whereas, all parties have agreed to the terms of the attached "Settlement Agreement and General Release of Claims" attached hereto as evidenced by their signature pages;

Whereas, the parties agree that this settlement is a resolution of disputed matters and is not, in any way, an admission of liability, fault or wrongdoing on the part of any party;

IT IS HEREBY STIPULATED, by and between the parties of this action, and through their designated legal counsel, that the above-captained action will be disposed of as follows:

1. That the Court order that his action be dismissed with prejudice in its entirety as to all parties pursuant to Federal Rule of Civil Procedure 41(a)(2) based upon the terms and conditions stated in the attached Settlement Agreement and General Release of Claims;

2. That the Plaintiffs must each sign document(s) evidencing their agreement to both this "Stipulation With Prejudice and for Entry of Judgment" and the "Settlement Agreement and General Release of Claims" before they can receive any wage payment due under the "Settlement Agreement and General Release of Claims";

3. That any action to enforce the attached Settlement Agreement and General Release of Claims be brought in Superior Court of California, in and for the County of Sonoma and/or the United States District Court for the Northern District of California, to the extent of this Court's jurisdiction; and

///
///
///
///
///
///
///

4. That the Clerk of the Court enter final judgment dismissing this action with prejudice in its entirety.

Dated: 6-5-2008, 2008

FOR THE PLAINTIFFS

_____
James Camara
Named Plaintiff

Dated: 7-17, 2008

CITY OF SANTA ROSA

_____
Jeff Kolin
City Manager

Approved as to Form and Content

Dated: July 21, 2008

LIEBERT CASSIDY WHITMORE

_____
Cynthia O'Neill, Esq.
Cepideh Roufougar, Esq.
Attorneys for Defendant

Approved as to Form and Content

Dated: 6·24, 2008

RAINS LUCIA STERN, PC

_____
Harry Stern, Esq.
Matthew George, Esq.
Attorneys for Plaintiffs

- 3 -

STIPULATION FOR DISMISSAL WITH PREJUDICE CASE NO. C 06-7115 JSW

# ORDER APPROVING STIPULATION AND DISMISSAL WITH PREJUDICE

The Court having considered the parties' stipulation submitted herein and good cause appearing therefore, IT IS HEREBY ORDERED:

1. That this action is dismissed with prejudice in its entirety as to all parties pursuant to Federal Rule of Civil Procedure 41(a)(2) based upon the terms and conditions stated in the Settlement Agreement and General Release of Claims;

2. That any action to enforce the parties' Settlement Agreement and General Release of Claims be brought in the Superior Court of California, in and for the County of Sonoma and/or the United States District Court for the Northern District of California, to the extent of this Court's jurisdiction; and

3. That the Clerk of the Court enter final judgment dismissing this action with prejudice and in its entirety

SO ORDERED

Dated: July 22, 2008

*Jeffrey S. White*

The Honorable Jeffrey White
United States District Court Judge

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA 94107